```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
KENNI WALKER, individually and on    :
behalf of all others similarly       :
situated,                            :
                                     :
              Plaintiff,             :
                                     :
         -v-                         :
                                     :
HUNTER ROBERTS CONSTRUCTION GROUP,   :
LLC,                                 :
                                     :
              Defendant.             :
------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/09

09 Civ. 2593 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

The Court hereby confirms its ruling, conveyed to the parties telephonically on July 23, 2009, that between July 23 and October 1, 2009, discovery in their case will be limited to interrogatories and documents. The parties are directed to jointly call the Court at 12:00 p.m. on October 1, 2009 to apprise the Court of the status of the case and to set a schedule for depositions and other subsequent discovery.

SO ORDERED.

Dated: New York, NY
       July 27, 2009

_____
JED S. RAKOFF, U.S.D.J.