# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNI WALKER, individually and on behalf all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HUNTER ROBERTS CONSTRUCTION GROUP, LLC, <br><br> Defendant. | CV 09-2593 <br> Rakoff, J. <br><br> **CONSENT TO JOIN** |

I consent to be a party plaintiff in the above-captioned lawsuit against Hunter Roberts Construction Group, LLC.

I agree to be represented by the named Plaintiff in this action, Kenni Walker, with respect to all matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement;.

I hereby designate Outten & Golden LLP and Fitapelli & Schaffer, LLP ("Plaintiff's Counsel") to represent me in this lawsuit. I agree to be bound to the terms of Plaintiff's retainer agreement with Plaintiff's Counsel, as described in Section 12 of the Court Authorized Notice.

/s/ [signature]
Signature

SHAWN ROY POPP
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State                          Zip Code